NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CRAIG M. STRAHLER,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2022-1700

---

Appeal from the United States Court of Federal Claims in No. 1:20-cv-01469-SSS, Judge Stephen S. Schwartz.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

2                                                      STRAHLER V. US

FOR THE COURT

June 16, 2022
        Date                    /s/ Peter R. Marksteiner
                                Peter R. Marksteiner
                                Clerk of Court

**ISSUED AS A MANDATE:** June 16, 2022